Commonwealth *v.* Runkle, Appellant.

Submitted April 8, 1974. *Samuel F. Rizzo* and *William E. Moot,* for appellant; *Leopold J. Wendekier,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order vacated and record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.